Ezekiel DAVIS, Plaintiff–Appellant,

v.

CORRECTIONS CORPORATION OF AMERICA; Chad Miller, Warden; Correctional Officer Miller; Lieutenant Battles; Sergeant Stokes; Counselor Gibson; Correctional Officer Shiplett; Chief Hilligoss; Nurse Starnes; Nurse Akers; Mr. Monday, Unit Manager; Andrew Farrell; Diana Davis, Defendants–Appellees.

No. 16–6047

United States Court of Appeals, Tenth Circuit.

April 25, 2017

Ezekiel Davis, Holdenville DCF, Holdenville, OK, for Plaintiff–Appellant.

Darrell L. Moore, J. Ralph Moore PC, Pryor, OK, for Defendant–Appellee.

## ORDER

Via an order issued on April 3, 2017 appellant Ezekiel Davis was directed to pay the $505 filing fee in full within 21 days. On April 20, the court issued an order denying a motion to reconsider that ruling. To date the fee has not been paid. Consequently, and per the court's prior orders, this matter is dismissed for failure to prosecute. *See* 10th Cir. 3.3(B) and 42.1.

A copy of this order shall stand as the mandate of the court.